# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Debra Gieniec,                                                  :
               Petitioner                   :
                                     :
            v.                                              :       No. 195 C.D. 2015
                                     :
Workers' Compensation Appeal              :
Board (Palmerton Hospital and               :
HM Casualty Insurance Co.),                     :
               Respondents                 :

## O R D E R

AND NOW, this 22nd day of December, 2015, it is ordered that the above-captioned opinion filed on November 3, 2015, shall be designated OPINION, rather than MEMORANDUM OPINION, and it shall be reported.

 

                                 _____

                                 ROBERT SIMPSON, Judge